# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| DWAYNE ELLIS, | Case No. CV 18-10801-DFM |
| Petitioner, | JUDGMENT |
| v. | |
| WILLIAM JOE SULLIVAN, | |
| Respondent. | |

Pursuant to the Court's Opinion and Order Granting Respondent's Motion to Dismiss,

IT IS ADJUDGED that the Petition is denied and this action dismissed with prejudice.

Date: February 26, 2020

DOUGLAS F. McCORMICK
United States Magistrate Judge